**United States Bankruptcy Court**
**District of New Jersey**

In re **Mark Perry**                                                                                  Case No. **15-20497**
Debtor(s)                                                                                              Chapter  **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule I**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **March 1, 2016**                     /s/ **John Zimnis**
                                            **John Zimnis 9784**
                                            Attorney for Debtor(s)
                                            **Law Offices of Peter E. Zimnis**
                                            **1245 Whitehorse-Mercerville Road**
                                            **Suite 412**
                                            **Trenton, NJ 08619**
                                            **(609) 581-9353**